FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF KAREN THIEL, and LAMAR THIEL,<br><br>    Plaintiffs,<br><br>    v.<br><br>ADAMS COUNTY PUBLIC HOSPITAL DISTRICT NO. 2, d/b/a EAST ADAMS RURAL HEALTHCARE, d/b/a EAST ADAMS RURAL HOSPITAL, a Washington Public Hospital District; and MATTHEW MECHAM, an individual,<br><br>    Defendants. | No. 2:21-CV-00279-SAB<br><br>**ORDER STRIKING MOTION FOR SUMMARY JUDGMENT AND GRANTING MOTION TO CONTINUE** |

    Before the Court are Defendant Matthew Mecham's Motion for Summary Judgment, ECF No. 39, Plaintiffs' First Motion to Continue Summary Judgment, ECF No. 43, and an associated Motion to Expedite, ECF No. 45. The motions are considered without oral argument. Plaintiffs are represented by Trevor Matthews. Defendants are represented by Markus W. Louvier and Scott A. Flage.

**ORDER STRIKING MOTION FOR SUMMARY JUDGMENT AND GRANTING MOTION TO CONTINUE** # 1

In Plaintiffs' Motion to Continue, Plaintiffs informed the Court that they are not yet finished with discovery and conducting depositions. The Court orders the following to afford sufficient time to complete discovery.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Matthew Mecham's Motion for Summary Judgment, ECF No. 39, is **STRICKEN** with **leave to refile upon completion of discovery**.

2. Plaintiffs' First Motion to Continue Summary Judgment, ECF No. 43, and the associated Motion to Expedite, ECF No. 45, are **GRANTED**.

3. All such discovery must be completed no later than **May 19, 2023**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 10th day of April 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER STRIKING MOTION FOR SUMMARY JUDGMENT AND GRANTING MOTION TO CONTINUE # 2**