FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF KAREN THIEL, and LAMAR THIEL,<br><br>    Plaintiffs,<br><br>    v.<br><br>ADAMS COUNTY PUBLIC HOSPITAL DISTRICT NO. 2, d/b/a EAST ADAMS RURAL HEALTHCARE, d/b/a EAST ADAMS RURAL HOSPITAL, a Washington Public Hospital District; and MATTHEW MECHAM, an individual,<br><br>    Defendants. | No. 2:21-CV-00279-SAB<br><br>**ORDER GRANTING LEAVE TO AMEND COMPLAINT; DENYING MOTION FOR PROTECTIVE ORDER** |

//
//
//
//
//
//
//

**ORDER GRANTING LEAVE TO AMEND COMPLAINT; DENYING MOTION FOR PROTECTIVE ORDER** # 1

Before the Court are Plaintiffs' Motion for Leave to Amend Complaint, ECF No. 47, and Defendant East Adams Rural Hospital's Motion for Protective Order Limiting Scope of Rule 30(b)(6) Deposition, ECF No. 49. Plaintiffs are represented by Trevor William Matthews. Defendants are represented by Markus William Louvier and Scott Alan Flage. The motions were considered without oral argument.

Plaintiffs move the Court for leave to amend their original complaint and include a proposed Amended Complaint with their motion. Fed. R. Civ. P. 15(a)(2) states that "a party may amend its pleading only with the opposing party's written consent or the [C]ourt's leave. The [C]ourt should freely give leave when justice so requires." In the Ninth Circuit, requests for leave should be granted with extreme liberality." *Moss v. U.S. Secret Serv.*, 572 F. 3d 962, 972 (9th Cir. 2009) (quotation omitted). The Court finds grounds for granting the motion and allowing the proposed amended complaint to become the operative complaint in the above-captioned matter upon refiling by Plaintiffs.

Defendant East Adams Rural Hospital's motion for protective order is denied. The parties are expected to conduct discovery in good faith and consistent with the Federal Rules of Civil Procedure with particular reference to Rule 1 and Rules 26 – 37.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Leave to Amend Complaint, ECF No. 47, is **GRANTED**.

2. For Court efficiency and docket clarity, Plaintiff's shall file their Amended Complaint as a separate filing on ECF **no later than September 8, 2023**. Once the Amended Complaint is filed separately on ECF, it will become the operative complaint in the above-captioned matter.

//

//

**ORDER GRANTING LEAVE TO AMEND COMPLAINT; DENYING MOTION FOR PROTECTIVE ORDER** # 2

3.     Defendant East Adams Rural Hospital's Motion for Protective Order Limiting Scope of Rule 30(b)(6) Deposition, ECF No. 49, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 29th day of August 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING LEAVE TO AMEND COMPLAINT; DENYING MOTION FOR PROTECTIVE ORDER** # 3