FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF KAREN THIEL, and LAMAR THIEL, <br><br> Plaintiffs, <br><br> v. <br><br> ADAMS COUNTY PUBLIC HOSPITAL DISTRICT NO. 2, d/b/a EAST ADAMS RURAL HEALTHCARE, d/b/a EAST ADAMS RURAL HOSPITAL, a Washington Public Hospital District; and MATTHEW MECHAM, an individual, <br><br> Defendants. | No. 2:21-CV-00279-SAB <br><br> **ORDER STRIKING MOTIONS** |

Plaintiffs are represented by Trevor W. Matthews. Defendants are represented by Markus W. Louvier, Neal J. Peters, and Scott Alan Flage. The Parties in the above-mentioned matter notified the Court of their intent to pursue mediation. Therefore, the Parties requested that the Court strike the motions set for December 7, 2023. Being fully informed, the Court grants the Parties' request.

//

//

**ORDER STRIKING MOTIONS** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. All pending motions are **STRICKEN with leave to renew**.

2. The motion hearing set for December 7, 2023 is **STRICKEN**.

3. The Parties shall file a status report after mediation to inform the Court whether mediation was or was not successful.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 28th day of November 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER STRIKING MOTIONS** # 2