AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2025

SEAN F. MCAVOY, CLERK

ESTATE OF KAREN THIEL, and LAMAR THIEL,

*Plaintiff*

v.

ADAMS COUNTY PUBLIC HOSPITAL DISTRICT NO. 2, d/b/a EAST ADAMS RURAL HEALTHCARE, d/b/a EAST ADAMS RURAL HOSPITAL, a Washington Public Hospital District, and MATTHEW MECHAM, an individual,

*Defendant*

Civil Action No. 2:21-CV-00279-SAB

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant EARH's Motion for Summary Judgment, ECF No. 80, is GRANTED in part as to Plaintiffs' 42 § 1983 claims; Defendant EARH's Motion for Summary Judgment, ECF No. 83, is GRANTED in part as to Plaintiffs' 42 § 1983 claims; Plaintiffs' Claims II, V, and VI are DISMISSED with prejudice; Plaintiffs' Second Amended Complaint as to Claim I, Medical Malpractice, ECF No. 74, is REMANDED to the Adams County Superior Court. Judgment for Defendants and against Plaintiffs as to Plaintiffs' Claims II, V, and VI.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian.

Date: March 6, 2025

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore